THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WANNA CHOI, an individual, | CASE NO. C16-0901-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WELLS FARGO, N.A., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Rule 39.1 mediation (Dkt. No. 15). The motion is GRANTED. The mediation deadline is hereby EXTENDED from March 10, 2017 to April 30, 2017. This extension does not otherwise impact the case schedule set forth in Docket Number 14.

DATED this 28th day of February 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
