THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| WANNA CHOI, an individual, | CASE NO. C16-0901-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WELLS FARGO, N.A., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and pretrial deadlines (Dkt. No. 18). The parties seek to postpone the remaining case deadlines by at least 60 days. (*Id.* at 1-2.) The motion is GRANTED. The case schedule is hereby AMENDED as follows:

| | |
|---|---|
| Mediation deadline | Friday, July 28, 2017 |
| Discovery cutoff | Friday, October 20, 2017 |
| Dispositive motions deadline | Monday, November 20, 2018 |

| Pretrial filings due (including proposed pretrial order, trial briefs, motions in limine) | Monday, February 12, 2018 |
|---|---|
| Objections/responses to pretrial filings due | Wednesday, February 14, 2018 |
| Bench trial commences | Tuesday, February 20, 2018 at 9:30 a.m. |

DATED this 2nd day of May 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C16-0901-JCC
PAGE - 2