THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| WANNA CHOI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO, N.A., *et al.*, <br><br> Defendants. | CASE NO. C16-0901-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Rule 39.1 mediation (Dkt. No. 20). The motion is GRANTED. The mediation deadline shall be EXTENDED from July 28, 2017 to November 30, 2017. This extension shall not impact any of the deadlines set in this case.

DATED this 31st day of July 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C16-0901-JCC
PAGE - 1