THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WANNA CHOI, | CASE NO. C16-0901-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WELLS FARGO, N.A., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and pretrial deadlines (Dkt. No. 22.) The parties seek to postpone the remaining case deadlines by three months to provide Plaintiff time to obtain new counsel. (*Id*.) The motion is GRANTED. The case schedule is hereby AMENDED as follows:

| | |
|---|---|
| Mediation deadline | Friday, December 15, 2017 |
| Discovery cutoff | Friday, February 2, 2018 |
| Dispositive motions deadline | Monday, March 5, 2018 |

| Pretrial filings due (including proposed pretrial order, trial briefs, motions in limine) | Friday, May 25, 2018 |
|---|---|
| Objections/responses to pretrial filings due | Tuesday, May 29, 2018 |
| Bench trial commences | Monday, June 4, 2018 at 9:30 am |

Well's Fargo counsel is authorized to mail Plaintiff this order. The Court ORDERS Plaintiff to provide written notice to the Court and to Defendants' counsel if she is unable to retain replacement counsel within the next thirty days.

DATED this 11th day of October 2017.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk