THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WANNA CHOI, | CASE NO. C16-0901-JCC |
| Plaintiff, | ORDER |
| v. | |
| WELLS FARGO, N.A., WACHOVIA MORTGAGE FSB; CLEAR RECON CORPORATION; FIRST AMERICAN TITLE INSURANCE COMPANY and JOHN DOES 1–20, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's unopposed motion to dismiss (Dkt. No. 31). Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court hereby GRANTS Plaintiff's motion. This matter is DISMISSED without prejudice and without an award of attorney fees or costs to either party. The Clerk is DIRECTED to close this case.

DATED this 22nd day of March 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE